UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL S. HOSKINS,

    Plaintiff,

v.                                              Case No. 18-C-413

WAUKESHA COUNTY JAIL ADMINISTRATION, *et al.*,

    Defendant.

## ORDER GRANTING MOTION TO CORRECT DATE

Plaintiff Michael Hoskins, who is currently serving a state prison sentence at Waupun Correctional Institution and representing himself, alleges that he was assaulted in the course of a strip search while incarcerated at the Waukesha County Jail. In his original complaint, he alleges that the offense occurred on January 23, 2018. He has filed a motion to correct the date, indicating that he believes it happened on January 25, 2018. The court will liberally construe his complaint to allege "on or about January 25, 2018" which is broad enough to include either date. Obviously, these are allegations and should not be assumed as true, other than for purposes of deciding a motion to dismiss. Under the court's construction, it is not necessary that plaintiff file an amended complaint in order to simply clarify the date on which he alleges that the events took place.

**SO ORDERED** this 8th day of May, 2018.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court