UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL S. HOSKINS,

          Plaintiff,

    v.                                     Case No. 18-C-413

ANGELA WOLLENHAUPT, *et al.*,

          Defendants.

## ORDER

      The original screening order determined that Plaintiff had stated a claim against an unknown correctional officer. Although no claims were stated against them, the Jail Administrator and Angela Wollenhaupt were kept in the case to facilitate identification of the unknown correctional officer. *See Donald v. Cook Cty. Sheiff's Dep't*, 95 F.3d 548, 556 (7th Cir. 1996). No answer is required at this time until and unless Plaintiff is able to identify the correctional officer who allegedly injured him. In the event that the Jail Administrator or Wollenhaupt chooses to answer and interpose an affirmative defense at this time, before the identity of the actual defendant is determined, they are free to do so.

      **SO ORDERED** this <u>14th</u> day of June, 2018.

                             s/ William C. Griesbach
                             William C. Griesbach, Chief Judge
                             United States District Court