UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL S. HOSKINS,

    Plaintiff,

v.                                              Case No. 18-C-413

ANGELA WOLLENHAUPT, *et al.*,

    Defendants.

**ORDER**

Plaintiff Michael Hoskins, an inmate currently serving a state prison sentence at Waupun Correctional Institution and representing himself, filed this action under 42 U.S.C. § 1983, alleging that the defendants violated his constitutional rights while he was in custody at the Waukesha County Jail. This matter comes before the court on two motions by Hoskins, one seeking appointment of counsel (ECF No. 29) and the other seeking general assistance with the litigation process (ECF No. 28). The motion for general assistance asserts that his social worker has not assisted him with viewing video of the alleged incident, that he has limited access to the prison's law library, and that he has poor relationships with the correctional officers at the prison, who he alleges have interfered with his legal materials.

Both motions will be denied. At a telephone conference on July 3, 2018, the court explained to Hoskins, among other things, that he should send a written interrogatory to Defendants Angela Wollenhaupt and Michael Giese at the Waukesha County Jail asking for the names of the officers who were involved in the alleged incident. ECF No. 26. At that hearing, the court also denied without prejudice Hoskins' motion to appoint counsel. *Id.* In the two weeks since the hearing,

Hoskins' circumstances have not changed sufficiently for the court to reconsider its decision declining to appoint counsel at this time. The court has provided Hoskins with clear instructions regarding the appropriate steps for him to take to proceed in this case, and a telephone status conference in this matter is already set for September 7, 2018. ECF No. 27. At that conference, the court will assess the status of the case, such as whether additional measures need to be taken to provide Hoskins with access to the video. For now, Hoskins should send Wollenhaupt and Giese written interrogatories asking for the names of the officers involved in the alleged incident.

**IT IS THEREFORE ORDERED** that Hoskins' motion for litigation assistance (ECF No. 28) is **DENIED**.

**IT IS FURTHER ORDERED** that Hoskins' motion to appoint counsel (ECF No. 29) is **DENIED**.

Dated this 18th day of July, 2018.

                                               s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court