UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL S. HOSKINS,

    Plaintiff,

v.                                                     Case No. 18-C-413

OFFICER HOLZHUETER, et al.,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE
## ON PENDING MOTIONS

Pro se Plaintiff Michael Hoskins has requested an update on the status of this matter. He has also filed what he calls a "Motion for Open Court Hearing Rule 9 Special Matter," Dkt. No. 189, which is summarily denied. Motions for summary judgment are pending, and until they are decided, there is no reason for a hearing, certainly not a hearing necessitated by Rule 9 of the Federal Rules of Civil Procedure.

As to the pending motions, Hoskins filed his motion for summary judgment on July 22, 2019, and the defendants refiled their motion on September 4, 2019. (The defendants' original motion was denied for noncompliance with Civil L.R. 56.) In the order denying the defendants' original motion, Hoskins was told he would have thirty (30) days to file a response in the event the defendants refiled their motion. Dkt. No. 175. The time has expired and he has failed to respond. Hoskins will be allowed an additional twenty (20) days from the date of this order to file his response to the defendants' motion. If Hoskins does file a response, the defendants will be allowed

fifteen (15) days to reply. If no response is filed, the pending motions will be decided on the record as it now stands.

**SO ORDERED** at Green Bay, Wisconsin, this   22nd   day of November, 2019.

s/ William C. Griesbach
William C. Griesbach, U.S. District Judge
United States District Court
